DAVID ALLEN THOMPSON, SR.
AU 9252
P.O. Box 600
Tracy, CA 95378-0600

Plaintiff in Pro Per

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
JAROM B. PHIPPS, SBN 296612
Email: jp@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT R. JONES, CAPT. R. PATTISON, LT. P. MASSA, LT. RICH RIDER, SGT. KEVIN STEED, <br><br> Defendant. | Civil Action No.: 2:15-cv-0011 DAD PC <br><br> **STIPULATION OF DISMISSAL; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party is to bear its own costs and attorneys' fees.

///

DATE:  February 23, 2015

/s/ David Allen Thompson, Sr.
DAVID ALLEN THOMPSON SR.
Plaintiff In Pro Per

DATE:  February 17, 2015          CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorney for Defendants

**ORDER DISMISSING ACTION**

IT IS SO ORDERED.  This action against Defendants SHERIFF SCOTT R. JONES, CAPT. R. PATTISON, LT. P. MASSA, LT. RICH RIDER, and SGT. KEVIN STEED is dismissed with prejudice.  All parties to bear their own costs and attorneys' fees.

Dated:  April 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
thom0011.stip.dism